PER CURIAM.
Affirmed. See Trinh Trung Do v. Amoco Oil Co., 510 So.2d 1063 (Fla. 4th DCA 1987); National Ins. Servs., Inc. v. Unemployment Appeals Comm’n, 495 So.2d 244 (Fla. 2d DCA 1986); Caputo v. Unemployment Appeals Comm’n, 493 So.2d 1121 (Fla. 3d DCA 1986); Terjesen v. Unemployment Appeals Comm’n, 491 So.2d 1189 (Fla. 3d DCA 1986); Rosa v. Jefferson’s Stores, Inc., 421 So.2d 818 (Fla. 4th DCA 1982); Varig Brazilian Airlines v. Florida Dept. of Commerce, 354 So.2d 921 (Fla. 3d DCA 1978); §§ 443.036(25), 443.101(1), Fla.Stat. (1987).